UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DYLAN COOKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY, et al., <br><br> Defendants. | Case No. 18-cv-04420-JSW (RMI) <br><br> **ORDER REGARDING DISCOVERY HEARING** |

On May 8, 2019, the parties appeared before the court for a discovery hearing on an oral motion, via telephone, regarding whether the parties would continue with a deposition that Plaintiff's counsel planned to videotape, and at which a court reporter was also present. The court ruled that the deposition would continue, and that Defendant's objection to the use of Plaintiff's video in subsequent proceedings is preserved.

**IT IS SO ORDERED.**

Dated: May 8, 2019

ROBERT M. ILLMAN
United States Magistrate Judge