1  Rachel Lederman, SBN 130192         Hasmik Geghamyan, SBN 283160
   LEDERMAN AND BEACH                   GEGHAMYAN LAW FIRM
2  558 Capp Street, San Francisco, CA 94110   1736 Franklin Street, Suite 400
3  Tel: (415) 282-9300, Fax: (510) 590-9296   Oakland, California 94612
                                        Tel: (415) 857-5548, Fax: (415) 688-2102
4  R. Michael Flynn, SBN 258732
5  FLYNN LAW OFFICE
   1736 Franklin St., Ste 400
6  P.O. Box 70973, Oakland CA 94612
   Tel:510-893-3226, Fax: (866)728-7879
7  Attorneys for Plaintiffs

8
   Farimah Brown, City Attorney, SBN 201227
9  Lynne S. Bourgault, Deputy City Attorney, SBN 180416
   BERKELEY CITY ATTORNEY'S OFFICE
10 2180 Milvia Street, Fourth Floor
11 Berkeley, CA 94704
   Telephone:  (510) 981-6998 Facsimile:  (510) 981-6960
12
   Attorneys for Defendants City of Berkeley,
13 Chief Andrew Greenwood, Sgt. Sean Ross, Sgt. Spencer Fomby
14 Sgt. Todd Sabins, Sgt. Samantha Speelman, Officer Brian Mathis

15          **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | DYLAN COOKE; LEWIS WILLIAMS; and BROOKE ANDERSON; on behalf of themselves and all others similarly situated, | Case No: 4:18-cv-04420 JSW |
19
20 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
21 | v. | |
22 | CITY OF BERKELEY; ANDREW GREENWOOD; SEAN ROSS; SPENCER FOMBY; TODD SABINS; BRIAN MATHIS; SAMANTHA SPEELMAN; and DOES 1-50, inclusive, | |
23
24
25
26 | Defendants. | |
27

28

Plaintiffs Dylan Cooke, Brooke Anderson, and Lewis Williams, and defendants City of Berkeley, Chief Andrew Greenwood, Sgt. Sean Ross, Sgt. Spencer Fomby, Sgt. Todd Sabins, Sgt. Samantha Speelman, and Officer Brian Mathis, through their undersigned counsel, stipulate as follows:

Plaintiffs agree to dismiss their First Amended Complaint with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: July 2, 2019         RACHEL LEDERMAN & ALEXSIS C. BEACH

/s/

By: Rachel Lederman
Attorneys for Plaintiffs

Dated: July 2, 2019         BERKELEY CITY ATTORNEY'S OFFICE

By:  /s/
LYNNE S. BOURGAULT
Attorney for Defendants

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: _____

United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE   *Cooke, et al., v. City of Berkeley*  No. 3:18-cv-04420 JSW