Rachel Lederman, SBN 130192
LEDERMAN AND BEACH
558 Capp Street, San Francisco, CA 94110
Tel: (415) 282-9300, Fax: (510) 590-9296

R. Michael Flynn, SBN 258732
FLYNN LAW OFFICE
1736 Franklin St., Ste 400
P.O. Box 70973, Oakland CA 94612
Tel:510-893-3226, Fax: (866)728-7879

Attorneys for Plaintiffs

Hasmik Geghamyan, SBN 283160
GEGHAMYAN LAW FIRM
1736 Franklin Street, Suite 400
Oakland, California 94612
Tel: (415) 857-5548, Fax: (415) 688-2102

Farimah Brown, City Attorney, SBN 201227
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998 Facsimile:  (510) 981-6960

Attorneys for Defendants City of Berkeley,
Chief Andrew Greenwood, Sgt. Sean Ross, Sgt. Spencer Fomby
Sgt. Todd Sabins, Sgt. Samantha Speelman, Officer Brian Mathis

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN COOKE; LEWIS WILLIAMS; and BROOKE ANDERSON; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY; ANDREW GREENWOOD; SEAN ROSS; SPENCER FOMBY; TODD SABINS; BRIAN MATHIS; SAMANTHA SPEELMAN; and DOES 1-50, inclusive,<br><br>Defendants. | Case No:  4:18-cv-04420 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE   *Cooke, et al., v. City of Berkeley* No. 3:18-cv-04420 JSW

Plaintiffs Dylan Cooke, Brooke Anderson, and Lewis Williams, and defendants City of Berkeley, Chief Andrew Greenwood, Sgt. Sean Ross, Sgt. Spencer Fomby, Sgt. Todd Sabins, Sgt. Samantha Speelman, and Officer Brian Mathis, through their undersigned counsel, stipulate as follows:

Plaintiffs agree to dismiss their First Amended Complaint with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: July 2, 2019         RACHEL LEDERMAN & ALEXSIS C. BEACH

                            /s/

                            By: Rachel Lederman
                            Attorneys for Plaintiffs

Dated: July 2, 2019         BERKELEY CITY ATTORNEY'S OFFICE

                            By:    /s/
                                LYNNE S. BOURGAULT
                                Attorney for Defendants

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: July 2, 2019         _____
                            United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE   *Cooke, et al., v. City of Berkeley*  No. 3:18-cv-04420 JSW                                                    2